STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. J. MINOR SULLIVAN, III, DEFENDANT-PETITIONER.

Mr. *Thorn Lord* and Mr. *Harry A. Walsh* for the petitioner.

Mr. *Mario H. Volpe* and Mr. *Frank H. Lawton* for the respondent.

September 14, 1953. Denied.

LOUIS RICCIONI, PETITIONER-PETITIONER, v. AMERICAN CYANAMID CO., RESPONDENT-RESPONDENT.

*Messrs. Parsonnet, Weitzman & Oransky* and Mr. *Aaron Gordon* for the petitioner.

*Messrs. Wharton, Hall, Stewart & Halpern* for the respondent.

September 14, 1953. Denied.